UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LILIANA BEATRIZ MALAVE,

    Plaintiff,

v.                                       Case No. 6:21-cv-1831-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, on referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should reverse and remand Defendant's decision. (Doc. 27 ("R&R").) The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 27) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2.     Defendant's final decision is **REVERSED AND REMANDED**.

3.     The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and

against Defendant and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 20, 2022.

ROY B. DALTON JR.
United States District Judge